UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

  -against-                                09-Cr-57 (LAK)

WILLIAM TROPER,
           Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - x

## Bail Order

As stated at the Mar 5, 2009 pretrial conference, defendant's bail is set as follows:

* $2,000,000 Personal recognizance bond cosigned by Andrew Intrater, a friend, and Joan Salzberg, the defendant's mother.

* The bond shall be secured by Mr. Intrater's apartment on E.58th St., in Manhattan, New York.

* The defendant shall reside with his mother in the District of New Jersey.

* The defendant will be under home confinement and subject to electronic monitoring with permission to leave the home in order to visit his counsel in Manhattan, or, for any other purpose approved by both Pretrial Services and the U.S. Attorney's Office.

* Defendant Troper shall repatriate $154,000 from Israel, within 7 days of his release, to be held in escrow by defense counsel.

*Defendant shall surrender both his U.S. and Israeli passports and make no new applications for travel documents.

*Defendant's travel is limited to the districts of New Jersey and the Southern District of New York.

Dated: March 9, 2009

                                                   Lewis A. Kaplan
                                                   United States District Judge